# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-31239
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 16, 2014

Lyle W. Cayce
Clerk

ALOYSIUS GRAHAM, individually and on behalf of others similarly situated,

Plaintiff-Appellant

v.

CHESAPEAKE LOUISIANA, L.P.; CHESAPEAKE OPERATING, INCORPORATED,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:13-CV-1571

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

The district court judgment is affirmed for the reasons given by that court and because no lease or commitment to lease was executed by the parties.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.